37365.  STATE HIGHWAY DEPARTMENT *v.* ROYAL *et al.*

QUILLIAN, Judge.  This case is controlled by *State Highway Dept.* v. *Raines,* ante.
   *Judgment affirmed.  Felton, C. J., and Nichols, J., concur.*
                    DECIDED JANUARY 28, 1959.

*Eugene Cook,* Attorney-General, *Paul Miller,* Assistant Attorney-General, *John L. Jernigan,* Deputy Assistant Attorney-General, *John R. Rogers,* for plaintiff in error.
   *Robert L. Royal,* contra.

37389.  STATE HIGHWAY DEPARTMENT *v.* HOBBS.

QUILLIAN, Judge.  This case is controlled by *State Highway Dept.* v. *Raines,* ante.
   *Judgment affirmed.  Felton, C. J., and Nichols, J., concur.*
                    DECIDED JANUARY 28, 1959.

*Eugene Cook,* Attorney-General, *Paul Miller,* Assistant Attorney-General, *John L. Jernigan,* Deputy Assistant Attorney-General, *John R. Rogers,* for plaintiff in error.
   *James H. Pate, Bob Reinhardt, Reinhardt & Ireland,* contra.